UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD R. BLOCK,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>          Defendant. | Case No. CV 04-10299 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the defendant's decision is reversed, and the case is remanded for an award of benefits consistent with the Memorandum of Decision filed concurrently herewith.

DATED: April 24, 2006

                                                                         /s/<br>
                                          ANDREW J. WISTRICH<br>
                                      United States Magistrate Judge